UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Trustees of the Sheet Metal Local #10 Control Board Trust Fund,

    Plaintiffs,

vs.

Suburban Air Conditioning Company,

    Defendant.

_____

Case No. 09-CV-01030 (JNE/JSM)

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 1, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Entry of a Default Money Judgment is granted.

2. That judgment, in the amount of $17,291.44 is entered against Defendant and in favor of Plaintiffs.

Dated: September 25, 2009

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Court Judge